# IN THE SUPREME COURT OF THE STATE OF NEVADA

DARION MUHAMMAD-COLEMAN,
A/K/A DARION
MUHAMMADCOLEMAN,
      Appellant,
   vs.
RENEE BAKER, WARDEN,
      Respondent.

No. 82103

FILED

DEC 03 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
   DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order partially denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

On October 13, 2020, the district court denied in part appellant's postconviction petition for a writ of habeas corpus and set an evidentiary hearing regarding the PTSD self-defense theory. Thus, appellant's notice of appeal is premature because a final order resolving all claims has not been entered by the district court. *See* NRS 177.015(3) (stating that appellant may appeal from a final judgment or verdict); *Sandstrom v. Second Judicial Dist. Court*, 121 Nev. 657, 659, 119 P.3d 1250, 1252 (2005) (explaining that a final order disposes of all issues and leaves nothing for future consideration). Appellant may file an appeal when the

20-43744

district court has entered an order disposing of the remaining claims. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.    _____, J.
Stiglich                                Silver


cc:  Hon. Tierra Danielle Jones, District Judge
     Darion Muhammad-Coleman
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk
     Waleed Zaman

SUPREME COURT
OF
NEVADA

(O) 1947A